

# MANDATE

## The Fourteenth Court of Appeals

NO. 14-14-00474-CR

Andre Nigel Bennett, Appellant

v.

The State of Texas, Appellee

Appealed from the 174th District Court of Harris County. (Tr. Ct. No. 1357744). Opinion delivered Per Curiam.

**TO THE 174TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on April 9, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED**, to reflect appellant was convicted of theft in an amount greater than $1,500 but less than $20,000.

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, July 03, 2015.

**CHRISTOPHER A. PRINE, CLERK**